**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Wioletta Smoter and Joanna Taraszka v. The Mentholatum Company, Inc.

Case Number: 1:24-cv-04155

An appearance is hereby filed by the undersigned as attorney for:

The Mentholatum Company, Inc.

Attorney name (type or print): Mark Eisen

Firm: Benesch, Friedlander, Coplan & Aronoff LLP

Street address: 71 S. Wacker Drive, Suite 1600

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6312738
(See item 3 in instructions)

Telephone Number: 312.212.4949

Email Address: meisen@beneschlaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | X | |
| Are you a member of the court's general bar? | X | |
| Are you a member of the court's trial bar? | | X |
| Are you appearing *pro hac vice*? | | X |
| If this case reaches trial, will you act as the trial attorney? | | X |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 11, 2024

Attorney signature: S/ Mark Eisen
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023