UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WIOLETTA SMOTER and JOANNA TARASKZA, individually and on behalf of other similarly situated,<br><br>                           Plaintiffs,<br><br>    v.<br><br>THE MENTHOLATUM COMPANY, INC.,<br><br>                           Defendant. | Case No: 1:24-cv-04155 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

    Defendant The Mentholatum Company, Inc. ("Mentholatum") by and through its undersigned counsel, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves this Court for an extension of time to answer or otherwise respond to Plaintiffs' Complaint (Dkt. #1). In support thereof, Mentholatum states as follows:

    1.    Plaintiffs served Mentholatum on May 29, 2024. (Dkt #6.)

    2.    Mentholatum's deadline to answer or otherwise respond to the complaint is June 19, 2024.

    3.    Mentholatum recently retained counsel in this matter. Mentholatum's counsel requires additional time to review and analyze Plaintiffs' claims in this matter.

    4.    Mentholatum requests an extension of time to answer or otherwise respond to the Complaint of twenty-eight (28 days), through to and including July 17, 2024.

    5.    This is Mentholatum's first request for extension of time to answer or respond to the Complaint.

6. Plaintiffs consent to the instant Motion for Extension of Time.

For the foregoing reasons, Mentholatum respectfully requests that the Court grant an extension of twenty-eight (28) days, through to and including July 17, 2024, for Mentholatum to answer or otherwise respond to Plaintiffs' Class Action Complaint.

Dated: June 11, 2024

Respectfully submitted,

By: /s/ Sheila M. Prendergast

Mark S. Eisen
Sheila M. Prendergast
BENESCH, FRIEDLANDER, COPLAN & ARONOFF
71 S. Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949
meisen@beneschlaw.com
sprendergast@beneschlaw.com

Laura E. Kogan (*pro hac vice forthcoming*)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, OH 44114
Tel: (206) 363-4518
lkogan@beneschlaw.com

*Attorneys for Defendant*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the foregoing MOTION FOR EXTENSION OF TIME was served this 11th day of June via the court's ECF system on all parties of record.

<u>*/s/ Sheila M. Prendergast*</u>