UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WIOLETTA SMOTER and JOANNA TARASKZA, individually and on behalf of other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE MENTHOLATUM COMPANY, INC.,<br><br>Defendant. | Case No: 1:24-cv-04155 |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, June 18, 2024 at 9:30 a.m., or as soon as thereafter as counsel may be heard, Defendant The Mentholatum Company, Inc. shall appear before the Honorable Judge Jeremy C. Daniel, or any judge sitting in his stead, in Courtroom 1419, at the Everest McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois 60606, and then and there present their Unopposed Motion for Extension of Time, a copy of which is served upon you herewith.

Dated: June 11, 2024

Respectfully submitted,

By: */s/ Sheila M. Prendergast*

Mark S. Eisen
Sheila M. Prendergast
BENESCH, FRIEDLANDER, COPLAN & ARONOFF
71 S. Wacker Drive, Suite 1600
Chicago, IL 60606

1

Telephone: (312) 212-4949
meisen@beneschlaw.com
sprendergast@beneschlaw.com

Laura E. Kogan (*pro hac vice forthcoming*)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, OH 44114
Tel: (206) 363-4518
lkogan@beneschlaw.com

A*ttorneys for Defendant*

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing NOTICE OF MOTION & MOTION FOR EXTENSION OF TIME was served this 11th day of June via the court's ECF system on all parties of record.

*/s/ Sheila M. Prendergast*
