### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| WIOLETTA SMOTER, *et al.*, *individually and on behalf of all others similarly situated*, ) ) ) | |
| Plaintiffs, ) ) | Case No. 1:24-cv-04155 |
| v. ) ) | Judge Jeremy C. Daniel |
| THE MENTHOLATUM COMPANY, INC., ) ) | |
| Defendant. ) ) | |

## NOTICE OF MOTION

Please take notice that on Thursday, June 27, 2024 at 9:30 a.m., or as soon thereafter as counsel may be heard, Defendant The Mentholatum Company, Inc. shall appear before the Honorable Jeremy C. Daniel, or any judge sitting in his stead, in Courtroom 1419, at the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, Illinois 60606, and then and there present its **Unopposed Motion to Extend Responsive Pleading Deadline Pending MDL Decision**.

Dated: June 25, 2024

Respectfully submitted by,

*/s/ Mark S. Eisen*
Mark S. Eisen
Sheila M. Prendergast
BENESCH, FRIEDLANDER, COPLAN & ARONOFF
71 S. Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949
meisen@beneschlaw.com
sprendergast@beneschlaw.com

24568173 v1

Laura E. Kogan
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, OH 44114
Tel: (206) 363-4518
lkogan@beneschlaw.com

*Attorneys for Defendant The Mentholatum Company, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing NOTICE OF MOTION was served this 25th day of June via the Court's ECF system on all parties of record.

*/s/ Mark S. Eisen*

24568173 v1