IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WIOLETTA SMOTER, *et al.*, *individually and on behalf of all others similarly situated*, ) ) ) ) Plaintiffs, ) ) v. ) ) THE MENTHOLATUM COMPANY, INC., ) ) Defendant. ) ) | Case No. 1:24-cv-04155 Judge Jeremy C. Daniel |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that on August 19, 2024, Defendant The Mentholatum Company, Inc. ("Mentholatum") filed its Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) ("Motion to Transfer"), and supporting memorandum, in accordance with the Court's August 6, 2024 Minute Order (Dkt. 17), which set a briefing schedule for Mentholatum's Motion to Transfer. A copy of the foregoing Motion to Transfer was served on all parties of record via ECF.

Dated: August 19, 2024

Respectfully submitted by,

*/s/ Mark S. Eisen*
Mark S. Eisen
Sheila M. Prendergast
BENESCH, FRIEDLANDER, COPLAN & ARONOFF
71 S. Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949
meisen@beneschlaw.com
sprendergast@beneschlaw.com

Laura E. Kogan (*pro hac vice*)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, OH 44114
Tel: (206) 363-4518
lkogan@beneschlaw.com

*Attorneys for Defendant The Mentholatum Company, Inc.*