**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| WIOLETTA SMOTER, *et al.*, *individually and on behalf of all others similarly situated*, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:24-cv-04155 |
| v. | ) ) | Judge Jeremy C. Daniel |
| THE MENTHOLATUM COMPANY, INC., | ) ) ) | |
| Defendant. | ) ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Tuesday, October 29, at 9:30 a.m., or as soon thereafter as counsel may be heard, Defendant The Mentholatum Company, Inc. shall appear before the Honorable Jeremy C. Daniel, or any judge sitting in his stead, in Courtroom 1419, at the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, IL 60606, and then and there present its **Motion to Dismiss.**

Dated: October 21, 2024　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Mark S. Eisen*
　　　　　　　　　　　　　　　　　　　　　　Mark S. Eisen, Esq.
　　　　　　　　　　　　　　　　　　　　　　Sheila M. Prendergast, Esq.
　　　　　　　　　　　　　　　　　　　　　　**BENESCH, FRIEDLANDER,
　　　　　　　　　　　　　　　　　　　　　　COPLAN & ARONOFF LLP**
　　　　　　　　　　　　　　　　　　　　　　71 South Wacker Drive, Suite 1600
　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　　　　Telephone: (312) 212-4949
　　　　　　　　　　　　　　　　　　　　　　meisen@beneschlaw.com
　　　　　　　　　　　　　　　　　　　　　　sprendergast@beneschlaw.com

Laura E. Kogan, Esq. (admitted *pro hac vice*)
**BENESCH, FRIEDLANDER,**
**COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone:  (216) 363-4500
lkogan@beneschlaw.com

Richard A. Grimm, III, Esq. (admitted *pro hac vice)*
**MAGAVERN MAGAVERN GRIMM LLP**
14 Lafayette Sq.
1100 Rand Bldg.
Buffalo, NY 14293
Telephone: (716) 856-3500
rgrimm@magavern.com

*Counsel for The Mentholatum Company, Inc.*