**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Wioletta Smoter et al,<br>Plaintiff(s),<br>v.<br>The Mentholatum Company, Inc.,<br>Defendant(s). | Case No. 24 C 4155<br>Judge Jorge L. Alonso |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☑ other: Judgment entered in favor of defendant and against plaintiffs .

---

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☑ decided by Judge Jeremy C. Daniel on a motion to dismiss.

Date: 1/17/2025

Lesley Fairley , Deputy Clerk